BENNO SPEYER, RESPONDENT, *v.* JAMES B. COLGATE AND OTHERS, APPELLANTS.

*Broker — duty of — measure of damages.*

The defendants, acting as plaintiff's brokers, having purchased for him $40,000 in gold, he entered into two agreements with one Meyberg, by one of which he sold $20,000 to be delivered, at his option, between the first and twentieth of February; and by the other he sold $20,000 to be delivered at Meyberg's option, between the twenty-first of January and the twenty-first of February. The contracts signed by Meyberg were sent by the plaintiff to the defendants, with a letter requesting them to deliver the amounts to the buyer. An agent of Meyberg called on the thirtieth of January and demanded the $20,000 deliverable at his option, which was accordingly delivered to him. The agent at the time stated that he had the other contract in his possession. The defendants did not tender the $20,000 sold under the other agreement during the time specified. In an action brought to recover the damages sustained by the loss of the opportunity to sell the gold, *held,* that it was defendants' duty to have made the tender, and that they were liable to the plaintiff for the damages sustained by him from their failure so to do.

The plaintiff was first informed of their failure on the third of April. *Held,* that it was his duty to at once take the necessary steps to secure himself against further loss; and that the defendants were not responsible for any loss sustained by him in consequence of the subsequent fall in the price of gold.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*C. W. Town,* for the appellants.

*James P. Lowrey,* for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Judgment modified, and as modified affirmed, with costs.